IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR45 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY D. EVANS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue (Filing No. 16). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Thursday, May 17, 2007, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The matter is continued until that date to give counsel time to complete plea negotiations. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 4, 2007, and May 17, 2007, shall be deemed excludable time in any computation of

time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

      DATED this 8th day of May, 2007.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                        LYLE E. STROM, Senior Judge
                        United States District Court